- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X    MAILROOM
     P.O. BOX 36
FORT DIX, NJ 08640

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

17-2641

C. Tate George
#63223-050
FCI Fort Dix
Box 2000
Joint Base MDX, NJ 08640-5433

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2.

7012 0470 0000 0541 5037

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE

NJ 085

17 JUL '17

PM 4 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

CLERK, U.S. DISTRICT COURT
CLARKSON S. FISHER U.S. COURTHOUSE
AND FEDERAL BUILDING
402 E. STATE STREET, RM. 2020
TRENTON, NEW JERSEY 08608

Attn: Karen McGonigle