## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| | : | |
| C. TATE GEORGE, | : | |
| | : | Civil Action No. 17-2641 (MLC) |
| Petitioner, | : | |
| | : | |
| v. | : | **MEMORANDUM AND ORDER** |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |
| | : | |

It appearing that:

1.  *Pro se* Petitioner C. Tate George, a prisoner confined at the Federal Correctional Institution in Fort Dix, New Jersey, previously filed a motion to vacate pursuant 28 U.S.C. § 2255. (ECF No. 1.)

2.  On May 1, 2017, the Court administratively terminated this matter because the Petition was submitted on the incorrect form.  (ECF No. 2.)

3.  Based on a subsequent submission by Petitioner (ECF No. 3), it appeared to the Court that he had not received the Court's May 1st Order and, therefore, the Court directed the Clerk to re-serve Petitioner with said Order.  (ECF No. 4.)

4.  On July 12, 2017, Petitioner submitted his Amended Petition on the current form.  (ECF No. 7.)[1]

THEREFORE, it is on this 21st day of July, 2017;

---

[1] While Petitioner suggests that the Amended Petition (ECF No. 7) and the original Petition (ECF No. 1) are on the same form, the Court notes that the original Petition did not include page 15, which contains the required certification from Petitioner acknowledging that he must include all grounds for relief from the conviction or sentence that he is challenging.

ORDERED that the Clerk of the Court shall make a new and separate entry marking this matter RE-OPENED; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Memorandum and Order upon Petitioner by regular U.S. mail.


s/MARY L. COOPER
Mary L. Cooper, U.S.D.J.