UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| C. TATE GEORGE, | : | Civil Action No. 17-2641 (MLC) |
| Petitioner, | : | |
| | : | **ORDER** |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

Petitioner filed a motion styled "Motion to Attach Exhibit to Pending Petition" on June 28, 2017 (docket entry no. 3).  The Court having reviewed the motion, will grant it in substance.  Instead of directing the exhibit to be deemed to be attached to the Petition, the Court will direct the Clerk to file the exhibit as an Affidavit in Support of the recently-filed Amended Petition.  Therefore, for good cause appearing,

**IT IS**    on this       21st       day of July, 2017,  **ORDERED** that the Clerk will file the two-page affidavit of Kenneth Chucky Atkins (attached to Petitioner's pending motion) as a separate docket entry designated Affidavit in Support of Amended Petition.

      s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge