Honorable Mary L. Cooper
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 7W
Trenton, NJ 08608

May 25, 2017

Re: USA v. C. TATE GEORGE 3:12-cr-204 (MLC)

Dear Judge Cooper:

In support of Mr. C. Tate George's 2255 application to the Federal District Court and Honorable Mary L. Cooper, please allow this letter to serve as written representation and proof that I was never contacted pre-trial, during trial, or post-trial in the above-mentioned case by defense attorney David Schafer, who represented Mr. George in this matter.

It has come to my attention that I was wrongly admitted as a loss victim at Mr. George's sentencing. Please allow this certified letter to serve as notice and proof to the court that Mr. George, nor The George Group, does not personally or otherwise owe me any monetary amount, specifically $364,000. Any and all investments were at risk investments, as I am a partner with Mr. George in several companies and ongoing real estate projects. I am aware of each real estate project and all civil litigations pending that have yet to be resolved.

May the court accept this sworn statement of mine as further acknowledgment that Mr. George and I are still working together and are in good standing as business partners. Lastly, I have not been defrauded of any of my investments.

I am prepared to testify to these facts in court to clear up this misunderstanding and/or misrepresentation to the court presented by the prosecutors at sentencing regarding my investment/involvement with Mr. George and our partnership.

If you need to contact me regarding this statement, you can do so on my cell phone at (407) 259-8982 or my email at atkins.chucky407@gmail.com.

Respectfully Yours,

*[signature]*

Kenneth Chucky Atkins


STATE OF Florida, COUNTY OF Orange, ss.:

On this day, personally appeared before me

Kenneth Lavon Atkins JR ,

to me known to be the person(s) described in and who executed the within and foregoing instrument, and acknowledged that he/she signed the same as his/her voluntary act and deed, for

the uses and purposes therein mentioned.

Witness my hand and official seal hereto affixed

this 25 day of MAY, 2017.



Notary Public in and for the State of Florida.

My commission expires 3/3/2021.

Notary Public State of Florida
Maria A Lloret
My Commission GG 049362
Expires 03/03/2021

2 of 2