IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED SEP 01 2017 AT 8:30 WILLIAM T. WALSH, CLERK

| | |
|---|---|
| C. TATE GEORGE, | Civil Action |
| Petitioner, | No. 17-2641 (AET) |
| v. | |
| UNITED STATES OF AMERICA. | ORDER |
| Respondents. | |

**THOMPSON, District Judge:**

This matter comes before the Court on Petitioner C. Tate George's (hereinafter, "Petitioner") amended 28 U.S.C. § 2255 motion (Docket Entry 7);[1] the Court having reviewed the amended motion under the Rules Governing § 2255 Proceedings; and for good cause shown,

IT is on this 28th day of August, 2017;

**ORDERED** that the Respondent shall file an Answer which responds to the allegations of the amended motion (Docket Entry 7) by each paragraph and subparagraph within sixty (60) days of the entry of this Order; and it is further

**ORDERED** that that the Answer shall be accompanied by certified copies of all indictments and/or charges, transcripts,

---

[1] This matter was transferred from the Honorable Mary L. Cooper, U.S.D.J. to the undersigned on July 24, 2017.

trial briefs, appendices, opinions, and any and all related documents in the proceedings; and it is further

**ORDERED** that Petitioner may submit a response to the Answer within 30 days of receiving the Answer; and it is further

**ORDERED** that, in lieu of an Answer, the Respondent may file and serve an appropriate motion addressing the § 2255 motion; and it is finally

**ORDERED** that the Clerk of the Court shall send a copy of this Order to Petitioner by regular mail.

_____
ANNE E. THOMPSON
U.S. District Judge