IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| C. TATE GEORGE, | * | RECEIVED |
| Petitioner, | | NOV 17 2017 |
| | | AT 8:30 _____ M |
| v. | * | Civil Action |
| | | No. 17-2641 (AET) |
| UNITED STATES OF AMERICA, | * | |
| Respondents. | | |

\* \* \*

**PETITIONER'S MOTION FOR DEFAULT JUDGMENT**

**NOW COMES** the Petitioner, C. Tate George, pro se, and moves this Honorable Court for default judgment in the above-captioned matter pursuant to Federal Rules Governing Section 2255 Proceedings, Rule 5 and Federal Rules of Civil Procedure, Rule 55, and in support of this motion states the following:

1. That on August 28, 2017, this Honorable Court ordered the Respondent to file an Answer which responds to the allegations of the Petitioner's Amended Motion (Docket Entry No.7) by each paragraph and subparagraph within sixty (60) days of the entry of said Order.

2. That as of November 14, 2017, Respondent has failed to Answer and defend <u>any</u> of the allegations of Petitioner's Amended Motion.

3. That Petitioner re-asserts that each of his allegations are true and irrefutable based upon the prior submitted certified copies of trial and sentencing transcripts, trial and appellate

-1-

briefs, and any and all related documents submitted with his original and amended motion including all related documents in the proceedings.

**WHEREFORE**, the Petitioner, C. Tate George, pro se, hereby respectfully requests this Honorable Court to enter a Default Judgment in this instant matter and to **GRANT** habeas corpus relief in this matter **AS A MATTER OF LAW** to include the **VACATION** of his conviction; **VACATION** of his sentence; his immediate release from custody; and for such other and further relief deemed proper and necessary in the interests of justice.

**DATED: November 14, 2017**

Respectfully submitted,

*/s/ Tate George*
C. Tate George, pro se
Fed. No. 63223-050
FCI Fort Dix
Box 2000
Joint Base MDL, NJ 08640-5433

### AFFIDAVIT

**I HEREBY CERTIFY** that the foregoing facts are true and correct to the best of my knowledge and belief upon pain of perjury under 28 U.S.C. Section 1746.

*/s/ Tate George*
C. Tate George, pro se

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the following motion for default judgment was mailed on this 14th day of November, 2017, by first-class mail, postage prepaid to: Bruce P. Keller, AUSA, Office of the U.S. Attorney, 970 Broad Street, Rm. 700, Newark, NJ 07102.

*/s/ Tate George*
C. Tate George, pro se

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

C. TATE GEORGE,

    Petitioner,

v.

UNITED STATES OF AMERICA.

    Respondents.

RECEIVED
SEP 01 2017
AT 8:30
WILLIAM T. WALSH, CLERK

Civil Action
No. 17-2641 (AET)

**ORDER**

**THOMPSON, District Judge:**

    This matter comes before the Court on Petitioner C. Tate George's (hereinafter, "Petitioner") amended 28 U.S.C. § 2255 motion (Docket Entry 7);[1] the Court having reviewed the amended motion under the Rules Governing § 2255 Proceedings; and for good cause shown,

    IT is on this 28TH day of August, 2017;

    **ORDERED** that the Respondent shall file an Answer which responds to the allegations of the amended motion (Docket Entry 7) by each paragraph and subparagraph within sixty (60) days of the entry of this Order; and it is further

    **ORDERED** that that the Answer shall be accompanied by certified copies of all indictments and/or charges, transcripts,

---

[1] This matter was transferred from the Honorable Mary L. Cooper, U.S.D.J. to the undersigned on July 24, 2017.

trial briefs, appendices, opinions, and any and all related documents in the proceedings; and it is further

**ORDERED** that Petitioner may submit a response to the Answer within 30 days of receiving the Answer; and it is further

**ORDERED** that, in lieu of an Answer, the Respondent may file and serve an appropriate motion addressing the § 2255 motion; and it is finally

**ORDERED** that the Clerk of the Court shall send a copy of this Order to Petitioner by regular mail.

*Anne E. Thompson*
ANNE E. THOMPSON
U.S. District Judge

Legal Mail

C. Tate George
Fed # 63723050
Fort Dix Camp
Box 2000
Joint Base MDL, N.J. 08640

Trenton Federal Courthouse
402 East State Street
(Clerk's office)
Room 2020
Trenton, N.J. 08608

RECEIVED
NOV 17 2017
AT 8:30 ___ M
WILLIAM T. WALSH
CLERK