IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
NOV 20 2017
AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| C. TATE GEORGE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondents. | HONORABLE ANNE E. THOMPSON<br><br>Civil Action<br>No. 17-2641 (AET)<br><br>**ORDER** |

This matter having come before the Court on Petitioner's motion to amend (ECF No. 21) and motion for default judgment (ECF No. 22); the Court having decided the motions on the papers, Fed. R. Civ. P. 78(b); and for the reasons explained in the Opinion of today's date; in the interests of justice and for good cause shown;

IT IS this 20th day of November, 2017, hereby

**ORDERED** that Petitioner's motion to amend (ECF No. 21) is GRANTED. The Clerk will file the document attached to the motion as a separate docket entry designated as Second Amended Petition; and it is further

**ORDERED** that Petitioner's motion for default judgment (ECF No. 22) is DENIED; and it is further

**ORDERED** that Respondent shall show cause within **14 days** of this Order why the Second Amended Petition should not be granted; and it is finally

**ORDERED** that the Clerk of the Court shall send a copy of this Opinion and Order to Petitioner by regular mail.

                                                                              _____
                                                                              ANNE E. THOMPSON
                                                                              U.S. District Judge