

United States Attorney
District of New Jersey

---

*Zach Intrater*  
*Assistant United States Attorney*

*970 Broad Street*  
*Newark, New Jersey 07102*

*(973) 645-2728*

November 21, 2017

**VIA ELECTRONIC MAIL & ECF**
Honorable Anne E. Thompson
United States District Judge
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

   Re: <u>C. Tate George v. United States</u>
      Civ. A. No. 17-2641 (AET)

Dear Judge Thompson:

  The Government writes regarding the Order to Show Cause that the Court issued on November 20, 2017, based upon the Government's failure to respond to Petitioner's initial petition for habeas corpus. (Dkt. No. 24.)

  As set forth in the Court's November 20, 2017 Opinion (Dkt. No. 23), Petitioner first filed his motion on April 18, 2017 (Dkt. No. 1). This petition was terminated administratively on May 1, 2017, and Petitioner resubmitted his initial petition on July 7, 2017 (Dkt. No. 7). On September 1, 2017, the Court ordered the Government to respond by October 31, 2017. (Dkt. No. 16.)

  Before the Government's response was due, on September 13, 2017, Petitioner filed a motion to amend his petition (Dkt. No. 17), which the Court denied without prejudice (Dkt. No. 19). Again before the Government's response was due, on October 20, 2017, Petitioner filed another motion to amend. (Dkt. No. 21.)

  The Court has now granted Petitioner's motion to amend, and issued the Order to Show Cause. (Dkt. No. 24.)

The Government apologizes, but was operating under the belief that once the Court dealt with Petitioner's motion to amend, it would then set a new schedule for briefing in this matter. The Government, apparently, was wrong in its assumption, and, again, apologizes. The Government respectfully requests that the Order to Show Cause be vacated, and the Government be allowed to answer the petition by January 21, 2018, 60 days from today.

                              Respectfully Submitted,

                              WILLIAM E. FITZPATRICK
                              Acting United States Attorney

                              */s/ Zach Intrater*

BY:    ZACH INTRATER
         Assistant United States Attorney


cc:    C. Tate George (via ECF)