IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| C. TATE GEORGE,<br><br>              Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>              Respondents. | HONORABLE ANNE E. THOMPSON<br><br>Civil Action<br>No. 17-2641 (AET)<br><br>**ORDER** |

This matter having come before the Court on the United States' response to the Order to Show Cause (ECF No. 24); the United States having requested an extension of time to answer the second amended petition (ECF No. 26); in the interests of justice

IT IS this 27th day of November, 2017, hereby

**ORDERED** that the Order to Show Cause is VACATED. Respondent's answer to the second amended petition shall be filed no later than **January 21, 2018**; and it is further

**ORDERED** that the Clerk of the Court shall send a copy of this Order to Petitioner by regular mail.

                                                ANNE E. THOMPSON
                                                U.S. District Judge

RECEIVED

NOV 27 2017

AT 8:30