CASE # 17-cv-02641

**RECEIVED**
JAN 26 2018
Chambers of
Anne E. Thompson, U.S.D.J.

January 24, 2018

RE: C. Tate George v. United States

To Whom It May Concern:

I write this letter on behalf of C. Tate George in Civil Action No. 17-2641 in regards to the government's lack of response to Judge Thompson's Order dated November 27, 2017.

This lack of response from the government follows Petitioner's Motion for Default Judgment dated November 14, 2017 filed due to the government's FIRST failure to respond as ordered by Judge Thompson on August 28, 2017 in which she granted the government 60 days to respond to Petitioner's petition for habeas corpus. This lack of response ALSO follows a letter dated November 21, 2017 in which the government apologizes repeatedly for its failure to respond and instead took no action based on the admission of their own incorrect assumption that there would be some other date set in which they could respond.

I apologize if there is a policy that we are unaware of that pardons the government from having to file the response ordered by Judge Thompson on the ordered date. It has been our experience for the past four and a half years with Judge Cooper that by the close of business hours on the determined and ordered day for a response, the government files the document(s) on the public docket.

With all due respect, if the Petitioner tried to get away with the same inappropriate and downright disrespectful behavior exhibited repeatedly from the government, I find it hard to believe his actions would be met with the same indifference for the blatant disregard of the scheduling set forth by a judge.

The government has had nearly 150 DAYS to respond to the petition; AN ADDITIONAL THREE MONTHS more than the time they were originally granted, while the Petitioner sits patiently in a jail cell.

I write this letter in part because it has been our experience that copies of documents filed by the government sent by myself, reach Tate by mail far quicker than any copies sent by the prosecutors, and Petitioner would like to be able to provide his timely response without needing to ask for additional time in this matter.

Additionally, in the interest of justice and what Tate, pro se, understands the process of filing to be, we respectfully request an explanation as to why the government has yet again failed to file their ordered response on the docket, which is at the time of my sending this letter, three days past due.

Thank you so much for your attention to this matter and I look forward to receiving a response.

Respectfully,

*[signature]*

Nicoline Steinert
C. Tate George

**RECEIVED**
JAN 26 2018
AT 8:30_____M
WILLIAM T. WALSH
CLERK