RECEIVED

FEB 02 2018

## From the Desk of C. Tate George

RE: C. Tate George v. United States

Chambers of
Anne E. Thompson, U.S.D.J.

January 31, 2018

The Honorable Judge Thompson,

Due to the recent lack of answer from the government to the Court ordered response dated November 27, 2017 which gave clear instruction for respondent's answer to my second amended petition to be filed no later than January 21, 2018, please find enclosed herein but a fraction of what I believe the Court is seeking in this matter: namely, the pre-sentencing, court-ordered and paid for, forensic accounting report. This report is the only third party expert report completed in this entire case and it clearly shows no loss and no crime.

Additionally, to be hand-delivered to the court in the coming days, 17 binders with over 3,000 pages of exculpatory and impeaching evidence left out of the trial, but delivered pre-trial by the government under Brady on several blocked discs.

Please note: all documentation has already been filed with the court, and the government already has a copy of all materials.

In closing, I hope and pray that after your review of the materials, the Court can give such relief that I have requested in my 2255, namely, a reversal of this conviction and restitution order. If there is anything else I can provide the Court, please let me know and I will do whatever I can from jail to assist. Thank you for accepting this evidence for the Court's convenience.

Respectfully yours,

C. Tate George

RECEIVED

FEB 02 2018

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK