IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| C. TATE GEORGE,<br><br>                     Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                     Respondents. | HONORABLE ANNE E. THOMPSON<br><br>Civil Action<br>No. 17-2641 (AET)<br><br>ORDER |

RECEIVED
FEB 0 9 2018
AT 8:30_____M
WILLIAM T. WALSH
CLERK

The Court being in receipt of three boxes, containing approximately 3,000 pages, sent to chambers ex parte; the documents being unaccompanied by formal motion to supplement or amend Petitioner's § 2255 petition with specific explanations as to how each document is relevant to his § 2255 motion; the documents being returned to Petitioner unfiled as an improper filing;

IT IS this 8th day of February, 2018, hereby

**ORDERED** that Petitioner is prohibited from sending further filings to chambers. All future filings must be filed with the Clerk's Office and served on Respondent as required by the Federal Rules of Civil Procedure and Local Civil Rules; and it is further

**ORDERED** that any future ex parte communications to chambers will not be filed on the docket or considered by the Court; and it is finally

**ORDERED** that the Clerk of the Court shall send a copy of this Order to Petitioner by regular mail.

ANNE E. THOMPSON
U.S. District Judge