**U.S. Department of Justice**

*United States Attorney*
*District of New Jerse*

---

*970 Broad Street, 7th Floor   973-645-2700*
*Newark, New Jersey 07102*

February 21, 2018

**VIA ECF**
Honorable Anne E. Thompson
United States District Judge
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08606

　　　Re: Tate George v. United States, 17-2641 (AET)

Dear Judge Thompson:

　　Please accept this letter to respectfully request additional time to respond to Petitioner's § 2255 petition on this matter.

　　The undersigned is scheduled to be begin a trial before Your Honor on April 2, 2018. The Government would therefore respectfully request a response date of April 30, 2018, to respond to the petition.

　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　CRAIG CARPENITO
　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　S/ Zach Intrater
　　　　　　　　　　　　　　　By: Zach Intrater

　　　　　　　　　　　　　　　Assistant U.S. Attorney