RECEIVED

FEB 27 2018

AT 8:30_____M
WILLIAM T. WALSH
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| C. TATE GEORGE,<br><br>               Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>               Respondent. | HONORABLE ANNE E. THOMPSON<br><br>Civil Action<br>No. 17-2641 (AET)<br><br>**ORDER** |

This matter having come before the Court on Petitioner C. Tate George's Motion for Judgment on the Pleadings (ECF No. 29) and Motion Under Rule 1003 (ECF No. 34); Respondent having filed no opposition to the motion for judgment on the pleadings; and the Court having considered the submissions of the Petitioner; and for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this 27th day of February, 2018, hereby

ORDERED that Petitioner's Motion for Judgment on the Pleadings (ECF No. 29) is DENIED; and it is further

ORDERED that Petitioner's Motion Under Rule 1003 (ECF No. 34) is DENIED WITHOUT PREJUDICE; and it is finally

ORDERED that the Clerk shall serve a copy of this Order and Opinion on Petitioner by regular mail.

*Anne E. Thompson*
ANNE E. THOMPSON
U.S. District Judge