RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MAR 0 8 2018

AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| C. TATE GEORGE, | HONORABLE ANNE E. THOMPSON |
| Petitioner, | Civil Action |
| v. | No. 17-2641 (AET) |
| UNITED STATES OF AMERICA, | **ORDER** |
| Respondents. | |

This matter having come before the Court on the United States' letter request for an extension of time to file its answer to the § 2255 motion (ECF No. 33); in the interests of justice IT IS this 8th day of _____March_____, **2018,** hereby

**ORDERED** that the United States' letter request for an extension of time to file its answer to the § 2255 motion (ECF No. 33) is GRANTED. Respondent's answer to the second amended petition shall be filed no later than **April 30, 2018**; and it is further

**ORDERED** that no further extensions of time will be permitted; and it is finally

**ORDERED** that the Clerk of the Court shall send a copy of this Order to Petitioner by regular mail.

*Anne E. Thompson*
ANNE E. THOMPSON
U.S. District Judge