Case 3:17-cv-02641-AET  Document 38  Filed 03/12/18  Page 1 of 5 PageID: 544

**CLERK, U.S. DISTRICT COURT**
402 E. STATE STREET, ROOM 2020
TRENTON, NEW JERSEY 08608

OFFICIAL BUSINESS

TRENTON NJ 085

23 FEB '18
PM 5 L

PRESORTED FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 08109 $ 000.37
02 4W
0000354897 FEB. 14. 2018

RECEIVED
MAR 12 2018
AT 8:30_____M
WILLIAM T. WALSH

02-15-2018

3:17-cv-02641-AET Notice has been sent by regular U.S. Mail

C. TATE GEORGE
63223-050
Allenwood Low FCI
PO Box 1000 WhiteDeer
PA 17887

REF
08608-3640

NIXIE        076    DC  1        0003/09/18
            RETURN TO SENDER
                REFUSED
            UNABLE TO FORWARD

BC: 08608150020    *1151-03135-09-31

**Other Orders/Judgments**
3:17-cv-02641-AET GEORGE v.
UNITED STATES OF AMERICA

HABEAS,PLO

RECEIVED

MAR 12 2018

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 2/9/2018 at 11:08 AM EST and filed on 2/9/2018
**Case Name:**        GEORGE v. UNITED STATES OF AMERICA
**Case Number:**      3:17-cv-02641-AET
**Filer:**
**Document Number:** 32

**Docket Text:**
**ORDER that Petitioner is prohibited from sending further filings to chambers. All future filings must be filed with the Clerk's Office and served on Respondent as required by the Federal Rules of Civil Procedure and Local Civil Rules; any future ex parte communications to chambers will not be filed on the docket or considered by the Court. Signed by Judge Anne E. Thompson on 2/8/2018. (mmh)**


**3:17-cv-02641-AET Notice has been electronically mailed to:**

FABIANA PIERRE-LOUIS    fabiana.pierre-louis@usdoj.gov, usanj.ecfcriminaldocketing@usdoj.gov

ZACH INTRATER    zach.intrater@usdoj.gov, usanj.ecfcriminaldocketing@usdoj.gov

**3:17-cv-02641-AET Notice has been sent by regular U.S. Mail:**

C. TATE GEORGE
63223-050
FCI FORT DIX
BOX 2000
JOINT BASE MDL, NJ 08640-5433

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=2/9/2018] [FileNumber=11006587-0

] [39b4ab95469e30a4d82281f34c0211d0fa92aa9266b21d35f3807d4fbcfb2fe15fb
55898dd5e4f36b6a5b7427e9c817c13caec3d3dbc44050aee93e5165339ea]]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| C. TATE GEORGE,<br><br>　　　　Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondents. | HONORABLE ANNE E. THOMPSON<br><br>Civil Action<br>No. 17-2641 (AET)<br><br>ORDER |

RECEIVED
FEB 0 9 2018
AT 8:30____M
WILLIAM T. WALSH
CLERK

The Court being in receipt of three boxes, containing approximately 3,000 pages, sent to chambers ex parte; the documents being unaccompanied by formal motion to supplement or amend Petitioner's § 2255 petition with specific explanations as to how each document is relevant to his § 2255 motion; the documents being returned to Petitioner unfiled as an improper filing;

IT IS this 8th day of February, 2018, hereby

**ORDERED** that Petitioner is prohibited from sending further filings to chambers. All future filings must be filed with the Clerk's Office and served on Respondent as required by the Federal Rules of Civil Procedure and Local Civil Rules; and it is further

**ORDERED** that any future ex parte communications to chambers will not be filed on the docket or considered by the Court; and it is finally

**ORDERED** that the Clerk of the Court shall send a copy of this Order to Petitioner by regular mail.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Anne E. Thompson
　　　　　　　　　　　　　　　　　　　　　　　　ANNE E. THOMPSON
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

**Other Documents**
3:13-cv-07490-FLW-TJB UDOH
v. FERGUSON et al **CASE
CLOSED on 01/30/2018**

CLOSED

### U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 2/9/2018 at 11:08 AM EST and filed on 2/9/2018
**Case Name:** UDOH v. FERGUSON et al
**Case Number:** 3:13-cv-07490-FLW-TJB
**Filer:** STEPHEN UKO UDOH
**WARNING: CASE CLOSED on 01/30/2018**
**Document Number:** 112

**Docket Text:**
**Application for Pro Bono Counsel by STEPHEN UKO UDOH. (mps)**


**3:13-cv-07490-FLW-TJB Notice has been electronically mailed to:**

JACLYN MICHELLE FREY    jaclyn.frey@lps.state.nj.us, ef-judpros@dol.lps.state.nj.us, jackiemfrey@gmail.com

**3:13-cv-07490-FLW-TJB Notice has been sent by regular U.S. Mail:**

STEPHEN UKO UDOH
PO BOX 29
DUNELLEN, NJ 08812

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=2/9/2018] [FileNumber=11006590-0
] [9533c315f5129e16db4f9fa918f78bc4ba2e26aca55f212dbfdb81ae63e1d123c13
0d0e06f53f2ac6cdbb6205654991c988b6b641144ea4bc939b3b961bc308b]]