

**U.S. Department of Justice**

*United States Attorney*
*District of New Jerse*

970 Broad Street, 7th Floor   973-645-2700
Newark, New Jersey 07102

April 30, 2018

**VIA ECF**
Honorable Anne E. Thompson
United States District Judge
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08606

Re: Tate George v. United States, 17-2641 (AET)

Dear Judge Thompson:

Please accept this letter to respectfully request additional time to respond to Petitioner's § 2255 petition on this matter.

The undersigned is scheduled to be begin a trial before Your Honor on May 15, 2018. The Government would therefore respectfully request a response date of July 31, 2018, to respond to the petition.

RECEIVED
APR 30 2018
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

Respectfully submitted,
CRAIG CARPENITO
United States Attorney
S/ Zach Intrater
By: Zach Intrater
Assistant U.S. Attorney

*So Ordered*
Anne E. Thompson, U.S.D.J.
4/30/18