FROM THE DESK OF C. TATE GEORGE

**RECEIVED**
AUG 15 2018
Chambers of
Anne E. Thompson, U.S.D.J.

RECEIVED 8/10/18

To: Judge Anne E. Thompson
402 East State Street
Trenton, NJ

AUG 16 2018
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

RE: Request to have the Clerk file my motions in totality on the Docket.

Judge Thompson:

As of this request in writing to your attention; it has been brought to my attention that for some unknown reasons my recent motion to expedite Petitioner's 2255 Habeas Corpus under Rule 5, The Answer and the Reply has not been properly docketed with the Court on Pacer. My motion consists of four (4) pages in total, including the last page which is an exhibit docketed as Case 3:17-CV-02641 AE7 Document 39 filed 4/30/18 Page 1 of 1 Page ID: 553. The docket reflects only 2 pages which includes the first page of my motion and a copy of the envelope the complete motion was sent to the Court.

It is without question that the standard preocedure for docketing materials with the Court is that all pages including exhibits are to be filed (on Pacer) to reflect in its entirety so that the record shows a full correspondence for future litigation through the Appellate process.

I request per this writing that the document #40 to expedite Petitioner's §2255 Habeas petition date August 1, 2018 be correctly reflected and refiled with all 4 pages filed on the docket. Maybe this is an oversight by the Clerk's office, yet I need to bring this matter to your attention immediately to be corrected and that my case reflects a complete record; as I fight to receive a fair process due to me required by law under the Constitution of the United States.

Thank you for addressing this matter and I request further that any and all motions I file moving forward also be filed in its entirety so, that my rights are protected and nothing is hidden from view of the public and the Appeals Courts.

cc: Chief Circuit Judge D. Brooks Smith
601 Market St.
Philadelphia, PA 19106

Zack Intrader (AUSA)

Nicoline Steinert/Family

Respectfully Submitted,
C. Tate George/63223-050
LSCI Allenwood
PO Box 1000
White Deer, PA 17887

INMATE NAME/NUMBER: C. Nate George / 63223-050
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD  Low
P.O. BOX  1000
WHITE DEER, PA 17887

HARRISBURG PA 171
13 AUG 2018 PM 4 L

⇔63223-050⇔
Judge Anne Thompson
402 E State ST
Trenton, NJ 08608
United States

08608-150799

Legal Mail!