IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| C. TATE GEORGE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA.<br><br>　　　　　　Respondents. | Civil Action<br>No. 17-2641 (AET)<br><br>**ORDER** |

**THOMPSON, District Judge:**

This matter comes before the Court on Petitioner C. Tate George's motion to withdraw his motion for summary judgment (ECF No. 46); in the interests of justice

IT is on this ___7th___ day of ___December___, 2018;

**ORDERED** that Petitioner's motion to withdraw his summary judgment motion (ECF No. 46) is GRANTED; and it is further

**ORDERED** that the Clerk of the Court shall **terminate** the motion for summary judgment, ECF No. 41; and it is finally

**ORDERED** that the Clerk of the Court shall send a copy of this Order to Petitioner by regular mail.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Anne E. Thompson_
　　　　　　　　　　　　　　　　　　　　　　　ANNE E. THOMPSON
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge