IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| C. TATE GEORGE,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | HONORABLE ANNE E. THOMPSON<br><br>Civil Action<br>No. 19-9246 (AET)<br><br>**ORDER** |

This matter having come before the Court on a petition for writ of habeas corpus under 28 U.S.C. § 2241 that was transferred in from the United States District Court for the Middle District of Pennsylvania (ECF No. 1); Petitioner C. Tate George's motion to correct, vacate, or set aside his federal sentence under 28 U.S.C. § 2255 being pending before the Court, *George v. United States*, No. 17-cv-2641; the claims in the § 2241 being more appropriately considered under § 2255; and for good cause shown;

IT IS this 5th day of April, 2019, hereby

ORDERED that the Clerk of the Court shall file the petition and exhibits (ECF Nos. 1 & 2) as a new docket entry in Petitioner's § 2255 proceeding, Civil Action No. 17-cv-2641. The new entry shall be docketed as a motion to amend; and it is further

ORDERED that the United States shall respond to the motion to amend within **30 days** of this order; and it is further

ORDERED that a copy of this Opinion and Order shall be filed in Civil Action No. 17-cv-2641; and it is further

ORDERED that the Clerk shall **close** Civil Action 19-cv-9246 and send a copy of this Opinion and order to Petitioner by regular mail.

ANNE E. THOMPSON
U.S. District Judge

2