IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

C. TATE GEORGE,

              Petitioner,

    v.

UNITED STATES OF AMERICA,

              Respondent.

HONORABLE ANNE E. THOMPSON

Civil Action
No. 17-2641 (AET)

**ORDER**

This matter having come before the Court on Petitioner's motion under rule 150.20 (ECF

No. 43) and motion to immediately unseal Petitioner's post-trial evidence, (ECF No. 45); the

Court having considered the submissions of the Petitioner, Fed. R. Civ. 78(b); and for the

reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this ____ day of _____, **2019,** hereby

ORDERED that Petitioner's motion under rule 150.20 (ECF No. 43) is DISMISSED AS

MOOT; and it is further

ORDERED that Petitioner's motion to immediately unseal Petitioner's post-trial

evidence, (ECF No. 45) is DENIED WITHOUT PREJUDICE; and it is finally

ORDERED that the Clerk shall serve a copy of this Order and Opinion on Petitioner by

regular mail.

ANNE E. THOMPSON
U.S. District Judge