IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| C. TATE GEORGE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | HONORABLE ANNE E. THOMPSON<br><br>Civil Action<br>No. 17-2641 (AET)<br><br>**ORDER** |

This matter having come before the Court on Petitioner's motion requesting permission to "reply to the government's answer" (ECF No. 57); the Court having considered the submissions of the Petitioner, Fed. R. Civ. 78(b); the Court having received Petitioner's opposition papers (ECF No. 61); and for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this 29th day of May, 2019, hereby

ORDERED that Petitioner's motion requesting permission to "reply to the government's answer" (ECF No. 57) is dismissed as moot; and it is finally

ORDERED that the Clerk shall serve a copy of this Order and Opinion on Petitioner by regular mail.

_____
ANNE E. THOMPSON
U.S. District Judge