NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

C. TATE GEORGE,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

Civ. No. 17-2641

**ORDER**

THOMPSON, U.S.D.J.

        This matter having come before the Court by way of Petitioner's second amended motion to vacate, correct, or set aside his sentence pursuant to 28 U.S.C. § 2255, (ECF No. 25); and Respondent having opposed the motion; and the Court having considered the submissions of the parties; and for the reasons explained in the Opinion of today's date;

        IT IS, on this 26th day of May, 2020,

        ORDERED that Petitioner's second amended § 2255 motion (ECF No. 25) is DENIED; and it is further

        ORDERED that a certificate of appealability is DENIED, 28 U.S.C. § 2253(c)(2); and it is further

        ORDERED that Petitioner's three motions to expedite, (ECF Nos. 40, 59, and 64) are DENIED AS MOOT; and it is further

        ORDERED that Petitioner's motion for an evidentiary hearing, (ECF No. 47), is DENIED; and it is further

ORDERED that Petitioner's motion to amend, (ECF No. 54), is DENIED; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order and accompanying Opinion upon Petitioner by regular mail and mark this matter CLOSED.

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.
